# IN THE SUPREME COURT OF TEXAS

═══════════

No. 14-0346

═══════════

BARBARA D. COSGROVE, INDIVIDUALLY AND AS THE TRUSTEE OF THE CHARLES
AND BARBARA COSGROVE FAMILY REVOCABLE LIVING TRUST, PETITIONER,

v.

MICHAEL CADE AND BILLIE CADE, RESPONDENTS

═══════════════════════════════════════════

ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE SECOND DISTRICT OF TEXAS

═══════════════════════════════════════════

## JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from
the Court of Appeals for the Second District, and having considered the appellate record, briefs, and
counsels' argument, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The judgment of the court of appeals is reversed;

2) The cause is remanded to the court of appeals for further proceedings
consistent with this Court's opinion; and

3) Barbara D. Cosgrove, individually and as the Trustee of The Charles and
Barbara Cosgrove Family Revocable Living Trust, shall recover, and
Michael and Billie Cade shall pay, the costs of court incurred in this Court.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the
Second District and to the District Court at Tarrant County, Texas, for observance.

Opinion of the Court delivered by Justice Willett, joined by Chief Justice Hecht,
Justice Green, Justice Lehrmann, and Justice Brown

Dissenting opinion filed by Justice Boyd, joined by Justice Johnson, Justice Guzman, and Justice Devine

June 26, 2015
\*\*\*\*\*\*\*\*\*\*